# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 304 |
|---|---|---|
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD OF | : | DOCKET |
| PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, John P. Goodrich, Esquire, Allegheny County, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2019.